**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00846-CR

**DOUGLAS ALLEN MACHUTTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1523625-Y**

## ORDER

The State's Motion to Extend Time to File State's Brief filed October 25, 2017 is

**GRANTED**. The State's brief is due to be filed on or before November 9, 2017.

/s/     MOLLY FRANCIS
           PRESIDING JUSTICE